# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-115 |
| | ) | Judge Reeves |
| MELVIN CHISM | ) | |

## MEMORANDUM AND ORDER

Defendant moves to continue the trial scheduled for November 5, 2019 [R. 13]. In support of the motion, defendant states that counsel and the government have been involved in a good faith effort to resolve defendant's case but have not reached a resolution prior to the scheduled trial date. The government has no objection to the motion to continue the trial, and the parties have agreed on a new trial date of April 28, 2020.

In light of defendant's need for additional time to explore plea negotiations and to prepare this case for trial, the motion to continue [R. 13] is **GRANTED,** and the trial of this matter is continued to commence on **April 28, 2020.** The court finds the ends of justice served by continuing the trial outweigh the interests of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court also finds that continuing the trial is necessary in order to permit counsel the reasonable time necessary for effective

1

preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The court finds that requiring the parties to proceed to trial on November 5 would deprive counsel of the reasonable time necessary to prepare effectively for trial, taking into account the exercise of due diligence. *Id.* The period of time between the defendant's motion for a continuance and the trial of this case shall be fully excludable for Speedy Trial purposes. 18 U.S.C. § 3161(h)(7)(A) - (B).

All motions in limine must be filed no later than fifteen (15) days before trial. Special requests for jury instructions shall be submitted to the court no later than ten (10) days before trial and shall be supported by citations of authority pursuant to Local Rule 7.4.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**