UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:19-CR-00115-DCLC |
| vs. | ) | |
| MELVIN CHISM, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendations (R&R) of the United States Magistrate Judge dated April 21, 2021 [Doc. 86]. In the R&R the magistrate judge recommends that Defendant's second motion to suppress [Doc. 46] be denied. The magistrate judge found that Defendant was not subjected to a strip search and therefore the search undertaken by officers was a lawful search incident to arrest. Defendant did not file any objections to the R&R.[1]

After thoughtful consideration of the R&R, the Court finds that it properly analyzes the issues raised by Defendant in his motion to suppress. For the reasons set forth in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 86] is **ADOPTED** and **APPROVED**, and that Defendant's motion to suppress [Doc. 46] is **DENIED**.

SO ORDERED:

s/Clifton L. Corker
United States District Judge

---

[1] *See* Fed. R. Crim. P. 59(b)(2) ("Within 14 days after being served with a copy of the recommended disposition . . . a party may [file] specific written objections to the proposed findings and recommendations . . . Failure to object in accordance with this rule waives a party's right to review."); *U.S. v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981) ("[A] party shall file objections [to an R&R] with the district court or else waive right to appeal.").