UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:19-CR-00115-DCLC |
| vs. | ) | |
| MELVIN CHISM, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Report and Recommendations (R&R) of the United States Magistrate Judge dated April 21, 2021 [Doc. 87]. The magistrate judge recommends that Defendant's first and third motions to suppress [Docs. 44 and 57] be denied. Defendant sought to suppress all or part of the statement he made to law enforcement officers on May 7, 2019. The United States filed responses [Docs. 54 and 82] and the magistrate judge conducted an evidentiary hearing on the motions on March 23, 2021. Defendant did not file any objections to the R&R.[1]

After a thorough review of the R&R, the Court finds that it properly analyzes the issues raised by Defendant in the motions to suppress. For the reasons set forth in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 87] is **ADOPTED** and **APPROVED**, and that Defendant's motions to suppress [Docs. 44 and 57] are **DENIED**.

SO ORDERED:

s/Clifton L. Corker
United States District Judge

---

[1] *See* Fed. R. Crim. P. 59(b)(2) ("Within 14 days after being served with a copy of the recommended disposition . . . a party may [file] specific written objections to the proposed findings and recommendations . . . . Failure to object in accordance with this rule waives a party's right to review."); *U.S. v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981) ("[A] party shall file objections [to an R&R] with the district court or else waive right to appeal.").